# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and CHARLES A. WHOBREY, as Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED AVIATION FUELING COMPANY OF ST. LOUIS, LLC f/k/a ALLIED AVIATION FUELING COMPANY OF ST. LOUIS, INC., a Delaware limited liability company,<br><br>Defendant. | Civil Action No.: 1:21-cv-02821<br><br>Hon. Elaine E. Bucklo |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that **DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**, a copy of which is hereby served upon you, is noticed for Friday, June 25, 2021, at 9:45 a.m., before the Honorable Elaine E. Bucklo in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois.

Dated: June 18, 2021

Respectfully submitted,

By:   */s/Noreen H. Cull*
Michael A. Kaplan *(application for admission pro hac vice forthcoming)*
Craig Dashiell *(application for admission pro hac vice forthcoming)*
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, New York 10020

Telephone: 212.262.6700

Noreen Cull (ARDC No. 06229417)
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: 312.471.8700

4843-0349-9475, v. 1